# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | )     **CR12-18E** |
| | ) |
| vs. | ) |
| | ) |
| **JOSEPH LEE OLLIE** | ) |

## MEMORANDUM ORDER

Pending before the Court is Defendant's *pro se* "Motion to Suppress Evidence of Search and Seizure of Traffic Stop." Defendant is represented by counsel, Attorney John Knorr. As such, this type of motion must be filed through defense counsel and only defense counsel.

AND NOW, this 23rd day of August, 2013, Defendant's "Motion to Suppress Evidence of Search and Seizure of Traffic Stop" is DENIED without prejudice to defense counsel to raise any arguments contained therein. Defense counsel shall provide Defendant with a copy of this Memorandum Order forthwith.

                                                                                     S/Maurice B. Cohill, Jr._____
                                                                                     Maurice B. Cohill, Jr.
                                                                                     Senior District Court Judge