# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CR No. 12-18E |
| JOSEPH LEE OLLIE, | ) |
| Defendants. | ) |

## **PRE-TRIAL ORDER**

AND NOW, this 4th day of December, 2013, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Jury trial in this matter is hereby set for Monday, January 27, 2014 in Courtroom A, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.

2. A pre-trial conference shall be held at 9:30 A.M on Monday, January 27, 2014 in Room A-240, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania. Jury selection and trial shall begin immediately following the conclusion of the pretrial conference.

3. A supplemental Pre-Trial Order setting forth relevant dates for pre-trial filings will follow forthwith.

                                        S/Maurice B. Cohill, Jr.
                                        Maurice B. Cohill, Jr.
                                        Senior District Court Judge