**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CR No. 12-18E** |
| | ) | |
| **JOSEPH LEE OLLIE,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>PRE-TRIAL ORDER</u>

AND NOW, this 5th day of December, 2013, it is hereby ORDERED, ADJUDGED, and

DECREED that:

1. Jury trial in this matter is hereby set for Monday, January 27, 2014 in Courtroom A,

U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.

2. A pre-trial conference shall be held at 9:30 A.M on Monday, January 27, 2014 in

Room A-240, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.  Jury selection and trial

shall begin immediately following the conclusion of the pretrial conference.

3. Copies of exhibits are to be provided for the Court, the law clerk, and the court reporter

in binders and shall be provided by counsel no later than the date set for jury selection.

4. Counsel is responsible for providing the law clerk with the paper copies of the exhibits

to be submitted to the jury at the close of trial; these copies will constitute the original record for

purposes of appeal, if any.

5. The government shall provide defense counsel with copies of any *Brady/Giglio*

impeachment materials not previously disclosed, and any evidence of defendant's uncharged conduct

which it intends to introduce at the trial pursuant to Federal Rule of Evidence 404(b), on or before

**January 13, 2014.** The government is encouraged to provide all Jencks Act materials by **January**

**20, 2014.**

6. The parties shall file all motions in limine, including motions under Fed.R.Evid. 104(a) and motions to limit or sever issues, together with supporting briefs or memoranda of law, by **January 13, 2014**.  Responses shall be filed by **January 17, 2014**.

7. Counsel will be provided forthwith by mail the Court's standard voir dire questions and preliminary charge.  Counsel are permitted to supplement the standard voir dire questions provided that they are filed no later than **January 17, 2014**.

8. No later than **January 17, 2014**, the parties shall file a neutral summary of the indictment and a brief statement of the defense which will be read to the jury to introduce the trial and to be read to the venire before jury selection.

<u>S/Maurice B. Cohill, Jr.</u>
Maurice B. Cohill, Jr.
Senior District Court Judge