IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR12-18E |
| vs. | ) | |
| | ) | |
| JOSEPH LEE OLLIE | ) | |

## ORDER

Pending before the Court is Defendant Joseph L. Ollie's most recent *pro se* motion [ECF #76] which: (1) alleges ineffective assistance of counsel by attorneys Hackwelder, Patton, and Knorr; (2) seeks to suppress evidence; and (3) seeks dismissal of the Indictment filed against him.

AND NOW, this 10th day of December, 2013, it is hereby ORDERED, ADJUDGED, AND DECREED that Defendant's Motion is denied to the extent he alleges ineffective assistance counsel; as explained to Defendant before, this type of motion is premature at this, pre-trial, stage of the case.

It is further hereby ORDERED, ADJUDGED, AND DECREED that Defendant's motion is denied to the extent he seeks suppression of evidence and dismissal of the indictment filed against him.

Defense counsel shall provide Defendant with a copy of this Memorandum Order forthwith.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior District Court Judge