UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 12-09E |
| ) | Criminal No. 12-18E |
| JOSEPH LEE OLLIE ) | |
| ) | |

## MEMORANDUM ORDER SETTING SENTENCING HEARING

AND NOW, this 31st day of July, 2014, Defendant Joseph Lee Ollie having being found guilty by a jury as to all counts of the Indictment filed at Criminal No. 1:12-CR-0018-MBC and having plead guilty to the Indictment at Criminal No. 1:12-CR-0009-MBC, this Court having consolidated the cases for purposes of sentencing, Mr. Ollie having filed *pro se* an interlocutory appeal with respect to his case filed at Criminal No. 1:12-CR-0018-MBC, which divested this Court of jurisdiction over that action, and the United States Court of Appeals for the Third Circuit having entered an Order stating that Mr. Ollie's appeal "is stayed pending entry of a Judgment and Commitment order" by this Court, it is hereby ORDERED, ADJUDGED, AND DECREED that the sentencing hearing for Defendant shall be held on Thursday, **September 25, 2014** at 2:00 P.M. in Courtroom 8A, U.S. Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania.

It is further hereby ORDERED, ADJUDGED, AND DECREED that:

1. Defendant's Response to the Government's Objections/Positions with Respect to Sentencing Factors shall be due no later than **August 21, 2014**.

2. After receiving the parties' positions, the probation officer shall make any necessary investigation and revisions to the PSR. No later than **September 4, 2014**, the probation officer shall prepare and serve an addendum to the PSR that sets forth any unresolved objections to the PSR, the grounds for those objections, the responses thereto, and the probation officer's comments thereon. The probation officer shall certify that the PSR, together with any revision

thereof and any addendum thereto, has been disclosed to the defendant and all counsel of record, and that the addendum fairly sets forth any remaining objections and responses.

3. No later than **September 18, 2014, a** party may file supplemental information or a memorandum with respect to sentencing of the defendant, and shall serve the same upon the probation officer. If counsel for the defendant intends to submit letters to the Court for consideration at sentencing, said letters should be electronically filed at least seven calendar days before sentencing. Opposing counsel may file a response to any supplemental information or memorandum no later than three days before sentencing.

4. For good cause shown, the Court may allow additional information and memoranda, and the responses thereto, to be raised at any time prior to the imposition of sentence.

s/Maurice B. Cohill, Jr. _____  
Maurice B. Cohill, Jr.  
Senior United States District Judge